UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carl Davis,

Plaintiff,

-against-

The City of New York; Stanley Richards, Commissioner of the NYC Dept. of Corrections; Captain Clark, Captain, R.N.D.C.,

Defendants.

26-CV-9213 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

Plaintiff Carl Davis, who currently is incarcerated at the Robert N. Davoren Center ("RNDC") on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc *et seq*. He also asserts a claim under Article I, Section 3 of the New York State Constitution, The Court liberally construes the complaint as asserting additional claims under New York Civil Rights Law § 85. Plaintiff alleges that Defendants—the City of New York, New York City Department of Correction ("DOC") Commissioner Stanley Richards, and RNDC Captain Clark—violated his rights under the First Amendment's Free Exercise and Establishment Clauses, as well as the Equal Protection Clause of the Fourteenth Amendment, and substantially burdened

the exercise of his religion. He seeks monetary, declaratory, and injunctive relief.

By order dated October 23, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] As explained below, the Court requests that Defendants waive service of summonses.

**DISCUSSION**

Plaintiff has been granted permission to proceed IFP and therefore may rely on the assistance of the court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, Commissioner Richards, and Captain Clark waive service of summonses.

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, Commissioner Richards, and Captain Clark waive service of summons. The Clerk of Court is also directed to mail this Order and an information package to Plaintiff.

SO ORDERED.

Dated:
New York, New York
10/26/26

JOHN G. KOELTL
United States District Judge